# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANTONIO LEODAN CARRILLO, | |
|---|---|
| Petitioner, | CIVIL ACTION NO. 3:15-CV-00560 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, | (MAGISTRATE JUDGE MEHALCHICK) |
| Respondent. | |

## ORDER

**NOW**, this __10th__ day of April, 2015, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 3) is **ADOPTED.**

(2) The action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

(2) The Clerk of Court is directed to mark the case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge